IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING VARIOUS PROPERTY AND THINGS. | CASE NO:   5:20-SW-147-JLT<br>5:21-SW-11-JLT<br>5:21-SW-12-JLT<br>5:21-SW-15-JLT<br>5:21-SW-16-JLT<br>5:21-SW-26-JLT<br>5:21-SW-27-JLT<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

IT IS SO ORDERED.

Dated:   **April 9, 2021**              _ **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS